JS-6

FILED
CLERK, U.S. DISTRICT COURT
4/9/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CV 18-00299-WDK-GJS |
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| JENNIFER LYNN BESAND-KILLINGER, | |
| Defendant, | |

Pursuant to the stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, JENNIFER LYNN BESAND-KILLINGER, as to claim one, in the total amount of $17,828.70 and as to claim two the total amount of $3,454.67 for a total judgment amount of $21,283.37.

Dated: April 9, 2018

_____
JUDGE WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE